USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
    MON CHONG LOONG TRADING CORP., *et al.*,

                              Plaintiffs,

                    -v -

    TRAVELERS EXCESS AND SURPLUS LINES, *et al.*,

                              Defendants.
------------------------------------------------------------------ X

1:12-cv-6509-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      As discussed during a May 7, 2015 telephone conference, the deadline for submission of the parties' pretrial materials, including motions *in limine*, is extended to May 28, 2015. Oppositions to any motions *in limine* are due no later than June 1, 2015; and replies, if any, are due no later than June 3, 2015. In addition, the final pretrial conference scheduled for June 1, 2015 is adjourned to Monday, June 8, 2015 at 1:00 p.m.

      SO ORDERED.

Dated: May 7, 2015
New York, New York

                                                      GREGORY H. WOODS
                                                     United States District Judge